VIRGINIUS BALLARD et al., as Assignees of BRODIE L. DUKE, for the Benefit of Creditors, Appellants, *v.* ALVEN BEVERIDGE, Respondent.

*Ballard* v. *Beveridge,* 6 App. Div. 349, appeal withdrawn.
(Argued February 28, 1898; decided March 8, 1898.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 5, 1896, reversing a judgment in favor of plaintiffs entered upon a verdict and granting a new trial.

The motion was made upon the ground that the order of reversal not showing on its face that no question of fact was involved, an application for its amendment had been made to the Appellate Division and denied.

*Sullivan & Cromwell* for motion.

*David McClure* opposed.

Motion granted, with costs of the appeal to the respondent and ten dollars costs of motion.